E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ROSS M. CUFF
Assistant United States Attorney
Chief, Civil Fraud Section
JACK D. ROSS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
PAUL B. LA SCALA (Cal. Bar No. 186939)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-2467
    Fax: (213) 894-7819
    Email: Paul.LaScala@usdoj.gov

Attorneys for the United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RELATOR LLC, a California limited liability company, <br><br>        Plaintiffs, <br><br>        v. <br><br>YOSEF Y. MANELA, an individual, YOSEF Y. MANELA, ESQ., a California professional corporation; YOSEF Y. MANELA, CPA, a California professional corporation; MANELA AND COMPANY, a California professional corporation; and DOES 1-10, <br><br>        Defendants. | No. 2:22-CV-04781-MWF (ASx) <br><br> ORDER GRANTING JOINT STIPULATION ON DISMISSAL |

WHEREAS, the United States of America ("United States") and Relator have submitted a Joint Stipulation of Dismissal of defendants pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, 31 U.S.C. § 3730(b)(1), and in accordance with and subject to the Settlement Agreement executed on September 10, 2024, and with the consent of the United States.

THEREFORE, IT IS ORDERED THAT:

1. Relator's claims against defendants are dismissed with prejudice as to Relator.
2. The United States' claims against defendants based on the Covered Conduct, as defined in paragraph C of the Settlement Agreement, are dismissed with prejudice as to the United States.
3. The United States' remaining claims against defendants are dismissed without prejudice as to the United States.

IT IS SO ORDERED.

Dated: September 26, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

2